Argued and submitted September 20, reversed and
remanded for a new trial October 19, 1983

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM ALTON BRYANT,
*Appellant.*

(C 82-08-36562; CA A26874)

670 P2d 238

Helen I. Bloch, Salem, argued the cause for appellant. With
her on the brief was Gary D. Babcock, Public Defender,
Salem.

Jan Peter Londahl, Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief were
Dave Frohnmayer, Attorney General, and James E. Moun-
tain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young,
Judges.

PER CURIAM

## PER CURIAM

This is a criminal case in which defendant appeals his conviction for promoting prostitution. He assigns as error the court's admission over timely objection of certain hearsay testimony from two police officers. The state confesses that, if the exceptions taken by defendant to the admission of that evidence were adequate, the court erred. We find the exceptions adequate. The state argues, in the alternative, that the error was harmless, but we hold otherwise.

Reversed and remanded for a new trial.[1]

---

[1] We reject defendant's alternative contention that there was insufficient evidence to sustain his conviction.